UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS R. TALAMANTES,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KATHLEEN ALLISON,<br>Warden,<br><br>　　　　　Respondent. | Case No. CV 11-1394-DSF (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court has also considered the Supreme Court's recent decision in Williams v. Illinois, – U.S. –, 132 S. Ct. 2221, – L. Ed. 2d – (2012) (plurality opinion). Although Williams was referenced in the Report and Recommendation (footnote 5) as then-pending before the Supreme Court, the opinion was issued on June 18, 2012, after the Report and Recommendation was filed. The Supreme Court's decision in Williams does not alter the analysis or conclusion of the Report and Recommendation.

Therefore, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

1

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

Dated: 7-31-12

*[signature]*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE