# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS R. TALAMANTES,<br>               Petitioner,<br>    vs.<br>KATHLEEN ALLISON,<br>Warden,<br>               Respondent. | Case No. CV 11-1394-DSF (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 7-31-12

                                              DALE S. FISCHER<br>
                                              UNITED STATES DISTRICT JUDGE